UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 2 7 2005 ★

BROOKLYN OFFICE

PRINCE F. MACAULEY,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DETECTIVE JAMES HAYES (Shield #5804), individually and in his official capacity, DETECTIVE EDWIN MURPHY, individually and in his official capacity, DETECTIVE HOLMES CANOVAS, individually and in his official capacity,

                Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

CV-02-4770 ~~(CBA)~~ (DLI) (ASC)

------------------------------------------------------------x

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about August 29, 2002, alleging that certain of his federal and state rights were violated; and

**WHEREAS**, defendants New York City Police Department, James Hayes, Edwin Murphy, and Holmes Canovas have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2.    The City of New York hereby agrees to pay the plaintiff the sum of FIFTY EIGHT THOUSAND DOLLARS ($58,000.00) in full satisfaction of all claims, including claims

for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants City of New York, New York City Police Department, James Hayes, and Edwin Murphy, and to release all defendants and any and all present and former employees and agents of the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Defendant Holmes Canovas hereby agrees to pay the plaintiff the sum of TWO THOUSAND DOLLARS ($2,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendant Holmes Canovas and agrees to release him from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

4. Plaintiff shall execute and deliver to the City attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

5. In consideration of the City's payments as specified in paragraph 2 above, co-defendant Holmes Canovas shall also execute and deliver to the City attorney a General Release that dismisses all claims against defendant City of New York, and any and all present and former employees and agents of the City of New York from any and all liability, claims, or rights of action arising from and contained in the pleadings in this action, including claims for costs, expenses, attorney fees, indemnification, and contribution.

6. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of

the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    7. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

8.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:      New York, New York
            December 14, 2004


_____
Jennifer Bock, Esq. (JB 4442)
Attorney for Plaintiff
Friedman & Harfenist
3000 Marcus Ave.
Suite 2E1
Lake Success, NY  11042

_____
JED M. WEISS (JW-5293)
Assistant Corporation Counsel
MICHAEL A. CARDOZO
Corporation Counsel of
the City of New York
Attorney for Defendants City of New York,
New York City Police Department, James
Hayes, and Edwin Murphy
100 Church Street
New York, NY  10007

_____
JAMES M. MOSCHELLA, Esq. (JM 9398)
Attorney for Holmes Canovas
Dienst & Serrins
233 Broadway – 18th Floor
New York, NY  10279

Dated:
Brooklyn, NY
January 26, 2005

SO ORDERED:

_____s/Dora L. Irizarry_____
Honorable DORA L. IRIZARRY
USDJ

Please note that all parties in this case are in violation of this Court's ECF requirements. In the future any submissions not electronically filed shall be rejected and parties shall be sanctioned. This matter also was reassigned to Judge Irizarry on Sept. 8, 2004.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JED M. WEISS
*Assistant Corporation Counsel*
jweiss@law.nyc.gov
(212) 788-0786
(212) 788-9776 (fax)

January 24, 2005

BY HAND DORA L. IRIZARRY
Honorable ~~Carol Bagley Amon~~
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Prince F. MacCauly v. City of New York, et al.
           02-CV-4770 ~~(CBA)~~ (ASC) (DLI)

Your Honor:

      The above-referenced case was settled by the parties in the amount of $60,000.00. Enclosed please find a Stipulation and Order of Settlement and Dismissal, signed by the parties, for your endorsement and filing.

                                  Respectfully,

                                  Jed M. Weiss [JW 5293]
                                  Assistant Corporation Counsel

cc:    Jennifer Bock, Esq., Attorney for Plaintiff
        James Moschella, Esq., Attorney for Holmes Canovas